No. 446. CHESAPEAKE & OHIO R. Co. *v.* KANAWHA BLACK BAND COAL Co. ET AL. December 2, 1929. Peti-

tion for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Messrs. C. W. Strickling, M. Carter Hall,* and *David H. Leake* for petitioner. *Mr. A. A. Lilly* for respondents. █